# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**TERRANCE MCNAUGHTON**                                                                 **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:22-cv-00342-RPM**

**MIKE EZELL, et al.**                                                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference, and pursuant to the requirement of a separate Final Judgment under Federal Rule of Civil Procedure 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [42] for Summary Judgment filed by Defendants Mike Ezell and Jackson County, Mississippi, is **GRANTED**. Plaintiff Terrence McNaughton's claims against them regarding black mold and the lack of functional air conditioning at the Jackson County Adult Detention Center are **DISMISSED WITH PREJUDICE**, and this case is **CLOSED**.

**SO ORDERED AND ADJUDGED,** this 3rd day of April, 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE